### 18730. McGHEE v. THE STATE.

BROYLES, C. J. The evidence adduced to establish the defendant's guilt of possessing intoxicating liquor was circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of his guilt. It follows that the verdict in favor of the State was unauthorized, and the refusal to grant a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 11, 1928.

*Porter & Mebane,* for plaintiff in error.

*J. F. Kelly,* solicitor-general, *M. Neil Andrews,* contra.